UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL WAYNE PERRY,<br><br>          Petitioner,<br><br>   v.<br><br>RICK HILL, Warden,<br><br>          Respondent. | No. EDCV 11-86-ODW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED:  December 6, 2012            _____
                                                 OTIS D. WRIGHT II
                                           United States District Judge