UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARREL WAYNE PERRY, | ) | No. EDCV 11-86-ODW (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| RICK HILL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED:   December 6, 2012            _____
                                                                OTIS D. WRIGHT II
                                                            United States District Judge